# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KETCHAM, NANCY D § Case No. 12-26901
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/05/2012 . The undersigned trustee was appointed on 09/25/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $     27,818.64

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 63.14 |
| Bank service fees | 1,519.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 26,236.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  10/10/2012  and the deadline for filing governmental claims was  10/10/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,399.13 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,399.13 , for a total compensation of $ 1,399.13 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2016           By: /s/GINA B. KROL
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 12-26901 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | | | Date Filed (f) or Converted (c): | 07/05/12 (f) |
| | | | | 341(a) Meeting Date: | 09/25/12 |
| For Period Ending: | 02/12/16 | | | Claims Bar Date: | 10/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TOWNHOME: 1606 ASHLEY COURT DARIEN, IL 60561 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 250.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 650.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 5. PENSION / PROFIT SHARING | 65,000.00 | 0.00 | | 0.00 | FA |
| 6. LIQUIDATED CLAIMS 2 | 1,833.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING at Wells Fargo (u) | 0.00 | 17,886.83 | | 17,886.83 | FA |
| 9. Checking at Wells Fargo (u) | 0.00 | 9,931.55 | | 9,931.55 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $220,983.00 $27,818.38 $27,818.64 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR
October 07, 2015, 04:05 pm

Trustee to prepare TFR
October 16, 2014, 01:47 pm

Trustee collected money from Wells Fargo that Debtor had non-exempt funds on hand in two DDA accounts.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-26901    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | KETCHAM, NANCY D | Date Filed (f) or Converted (c):    07/05/12 (f) |
| | | 341(a) Meeting Date:    09/25/12 |
| | | Claims Bar Date:    10/10/12 |

October 17, 2013, 02:26 pm

Initial Projected Date of Final Report (TFR): 05/31/12       Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____    Date: 02/12/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-26901 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | KETCHAM, NANCY D | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0584  Checking Account |
| Taxpayer ID No: | *******5139 | | | |
| For Period Ending: | 02/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 27,785.58 | | 27,785.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.13 | 27,768.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.69 | 27,750.76 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.11 | 27,733.65 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.67 | 27,715.98 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.20 | 27,674.78 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 23.98 | 27,650.80 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.16 | 27,613.64 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.05 | 27,572.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.67 | 27,532.92 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.93 | 27,491.99 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.56 | 27,452.43 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.82 | 27,411.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.75 | 27,370.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.38 | 27,331.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.63 | 27,290.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.27 | 27,251.58 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.51 | 27,211.07 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.46 | 27,170.61 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.49 | 27,134.12 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 23.92 | 27,110.20 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.34 | 27,069.86 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.96 | 27,030.90 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.19 | 26,990.71 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-26901 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0584 Checking Account |
| Taxpayer ID No: | *******5139 | | | |
| For Period Ending: | 02/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.83 | 26,951.88 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.07 | 26,911.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.01 | 26,871.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.66 | 26,833.14 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.89 | 26,793.25 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.55 | 26,754.70 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.77 | 26,714.93 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.72 | 26,675.21 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 15.24 | 26,659.97 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.81 | 26,624.16 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.58 | 26,584.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.25 | 26,546.33 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.47 | 26,506.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.13 | 26,468.73 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.35 | 26,429.38 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.29 | 26,390.09 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.97 | 26,352.12 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.18 | 26,312.94 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.86 | 26,275.08 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.06 | 26,236.02 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-26901 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0584 Checking Account |
| Taxpayer ID No: | *******5139 | | |
| For Period Ending: | 02/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******0584 | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 3 | Checks | 63.14 |
| | 0 | Interest Postings | 0.00 | 40 | Adjustments Out | 1,486.42 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 1,549.56 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 27,785.58 | | | |
| | | Total | $ 27,785.58 | | | |

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-26901 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KETCHAM, NANCY D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4438  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5139 | | | |
| For Period Ending: | 02/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/12 | 8 | Wells Fargo Bank NA<br>PO Box 5110<br>MAC N977-016<br>Sioux Falls, SD  57117 | | 1229-000 | 17,886.83 | | 17,886.83 |
| 07/24/12 | 9 | Wells Fargo Bank NA<br>PO Box 5110<br>MAC N9777-016<br>Sioux Falls, SD  57117 | | 1229-000 | 9,931.55 | | 27,818.38 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 27,818.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,818.64 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 33.06 | 27,785.58 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 27,785.58 | 0.00 |

| Account *******4438 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 27,818.38 | 0 | Checks | 0.00 |
| | 2 | Interest Postings | 0.26 | 1 | Adjustments Out | 33.06 |
| | | | | 1 | Transfers Out | 27,785.58 |
| | | Subtotal | $ 27,818.64 | | | |
| | | | | | Total | $ 27,818.64 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 27,818.64 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 19.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| | |
|---|---|
| Case No: | 12-26901 -DRC |
| Case Name: | KETCHAM, NANCY D |
| Taxpayer ID No: | *******5139 |
| For Period Ending: | 02/12/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4438 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals:

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 27,818.38 | 3 | Checks | 63.14 |
| 2 | Interest Postings | 0.26 | 41 | Adjustments Out | 1,519.48 |
| | | | 1 | Transfers Out | 27,785.58 |
| | Subtotal | $ 27,818.64 | | | |
| | | | | Total | $ 29,368.20 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 27,785.58 | | | |
| | Total | $ 55,604.22 | | Net Total Balance | $ 26,236.02 |

Trustee's Signature: /s/ GINA B. KROL  Date: 02/12/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 12, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-26901  **Priority Sequence**
Debtor Name: KETCHAM, NANCY D          Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $1,399.13 | $1,399.13 |
| 000003<br>050<br>4110-00 | Bank of America Northeast<br> Legal Order Processing<br>NY7-501-02-07<br>5701 Horatio Street<br>Utica, NY  13502 | Secured<br>Withdrawn | | $0.00 | $11,284.64 | $0.00 |
| 000001<br>070<br>7100-90 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,416.64 | $2,416.64 |
| 000002<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $1,064.72 | $1,064.72 |
| 999<br>8200-00 | NANCY D KETCHAM<br>1606 ASHLEY COURT<br>DARIEN, IL  60561 | Unsecured | | $0.00 | $0.00 | $21,327.38 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $63.14 | $63.14 |
| | Case Totals: | | | $0.00 | $16,228.27 | $26,271.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-26901
Case Name: KETCHAM, NANCY D
Trustee Name: GINA B. KROL

Balance on hand $ 26,236.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Bank of America Northeast Legal Order Processing NY7-501-02-07 5701 Horatio Street Utica, NY 13502 | $ 11,284.64 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 26,236.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,399.13 | $ 0.00 | $ 1,399.13 |
| Other: International Sureties Ltd. | $ 63.14 | $ 63.14 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,399.13

Remaining Balance $ 24,836.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,481.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $      2,416.64 | $       0.00 | $      2,416.64 |
| 000002 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $      1,064.72 | $       0.00 | $      1,064.72 |
| | Total to be paid to timely general unsecured creditors | | | $           3,481.36 |
| | Remaining Balance | | | $          21,355.53 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 28.15 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 21,327.38 .