UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KETCHAM, NANCY D § Case No. 12-26901 DRC
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/08/2016 in Courtroom 240,
Kane County Courthouse
100 S Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2016         By: /s/ JEFFREY P. ALLSTEADT
                                     Clerk of US Bankruptcy Court


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
KETCHAM, NANCY D § Case No. 12-26901 DRC
 §
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 27,818.64 |
| and approved disbursements of | $ | 1,582.62 |
| leaving a balance on hand of[1] | $ | 26,236.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000003 | Bank of America Northeast Legal Order Processing NY7-501-02-07 5701 Horatio Street Utica, NY 13502 | $ 11,284.64 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 26,236.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,399.13 | $ 0.00 | $ 1,399.13 |
| Other: International Sureties Ltd. | $ 63.14 | $ 63.14 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 12-26901    Doc 39    Filed 02/25/16    Entered 02/27/16 23:37:51    Desc Imaged
                    Certificate of Notice    Page 3 of 5

Total to be paid for chapter 7 administrative expenses     $     1,399.13

Remaining Balance     $     24,836.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,481.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,416.64 | $ 0.00 | $ 2,416.64 |
| 000002 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $ 1,064.72 | $ 0.00 | $ 1,064.72 |

Total to be paid to timely general unsecured creditors     $     3,481.36

Remaining Balance     $     21,355.53

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 28.15 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 21,327.38 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-26901-DRC
Nancy D Ketcham                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: esullivan         Page 1 of 1          Date Rcvd: Feb 25, 2016
                             Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2016.
```
db            #+Nancy D Ketcham,    1606 Ashley Court,    Darien, IL 60561-5906
19117806       +Adventist Hinsdale Hospital,    PO 9287,    Hinsdale, IL 60522-9287
19117807       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
20493760        Bank of America, NA,    Bank of America Northeast,    Legal Order Processing,
                  NY7-501-02-07, 5701 Horatio St.,    Utica, NY 13502-1024
19117808       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19117809       +Citi Mortgage,    PO 183040,    Columbus, OH 43218-3040
19117810       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19117812       +Merchants Credit Guide,    223 W. Jackson Blvd,    Chicago, IL 60606-6914
19117813       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19151968        E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2016 01:46:39      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19117811       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2016 01:45:54      Gemb/walmart Dc,   Walmart/GEMB,
                  Po Box 103104,    Roswell, GA 30076-9104
19927281        E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2016 01:46:47      Midland Funding LLC,
                  By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19927282        E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2016 01:45:06
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
19362588       +E-mail/PDF: pa_dc_claims@navient.com Feb 26 2016 01:46:42      Sallie Mae,   c/o Sallie Mae Inc.,
                  220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20142836        Bank of America, NA
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2016 at the address(es) listed below:
```
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              John C Dent    on behalf of Debtor 1 Nancy D Ketcham jcd60439@yahoo.com
              Keith Levy    on behalf of Creditor   Bank of America, NA amps@manleydeas.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              Todd J Ruchman    on behalf of Creditor   Bank of America, NA amps@manleydeas.com
                                                                                             TOTAL: 6
```