# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| KETCHAM, NANCY D § | Case No. 12-26901 DRC |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 150,000.00 *(Without deducting any secured claims)* | Assets Exempt: 70,983.00 |
| Total Distributions to Claimants: 3,509.51 | Claims Discharged Without Payment: 2,793.00 |
| Total Expenses of Administration: 2,981.75 | |

3) Total gross receipts of $ 27,818.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 21,327.38 (see **Exhibit 2**), yielded net receipts of $ 6,491.26 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 198,181.00 | $ 11,284.64 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,981.75 | 2,981.75 | 2,981.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,979.00 | 3,481.36 | 3,481.36 | 3,509.51 |
| **TOTAL DISBURSEMENTS** | $ 204,160.00 | $ 17,747.75 | $ 6,463.11 | $ 6,491.26 |

4) This case was originally filed under chapter 7 on 07/05/2012 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By: /s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING at Wells Fargo | 1229-000 | 17,886.83 |
| Checking at Wells Fargo | 1229-000 | 9,931.55 |
| Post-Petition Interest Deposits | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | **$27,818.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY D KETCHAM | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 21,327.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 21,327.38** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | 11,061.00 | NA | NA | 0.00 |

            Document      Page 4 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage PO 183040 Columbus, OH 43218 | | 187,120.00 | NA | NA | 0.00 |
| 000003 | BANK OF AMERICA NORTHEAST | 4110-000 | NA | 11,284.64 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 198,181.00 | $ 11,284.64 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,399.13 | 1,399.13 | 1,399.13 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 63.14 | 63.14 | 63.14 |
| ASSOCIATED BANK | 2600-000 | NA | 1,486.42 | 1,486.42 | 1,486.42 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 33.06 | 33.06 | 33.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,981.75 | $ 2,981.75 | $ 2,981.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital PO 9287 Hinsdale, IL 60522 | | 806.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 26.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W. Jackson Blvd Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | | 1,961.00 | NA | NA | 0.00 |
| 000002 | SALLIE MAE | 7100-000 | 1,258.00 | 1,064.72 | 1,064.72 | 1,064.72 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GE CAPITAL RETAIL BANK | 7100-900 | 1,928.00 | 2,416.64 | 2,416.64 | 2,416.64 |
|  | GE CAPITAL RETAIL BANK | 7990-000 | NA | NA | NA | 2.74 |
|  | SALLIE MAE | 7990-000 | NA | NA | NA | 1.21 |
|  | KETCHAM, NANCY D | 7990-002 | NA | NA | NA | 24.20 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 5,979.00 | $ 3,481.36 | $ 3,481.36 | $ 3,509.51 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-26901 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KETCHAM, NANCY D | | | Date Filed (f) or Converted (c): | 07/05/12 (f) |
| | | | | 341(a) Meeting Date: | 09/25/12 |
| For Period Ending: | 06/13/16 | (8th reporting period for this case) | | Claims Bar Date: | 10/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TOWNHOME: 1606 ASHLEY COURT DARIEN, IL 60561 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 250.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 650.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 5. PENSION / PROFIT SHARING | 65,000.00 | 0.00 | | 0.00 | FA |
| 6. LIQUIDATED CLAIMS 2 | 1,833.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING at Wells Fargo (u) | 0.00 | 17,886.83 | | 17,886.83 | FA |
| 9. Checking at Wells Fargo (u) | 0.00 | 9,931.55 | | 9,931.55 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $220,983.00   $27,818.38   $27,818.64   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR
October 07, 2015, 04:05 pm

Trustee to prepare TFR
October 16, 2014, 01:47 pm

Trustee collected money from Wells Fargo that Debtor had non-exempt funds on hand in two DDA accounts.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No.: 12-26901 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: KETCHAM, NANCY D | Date Filed (f) or Converted (c): 07/05/12 (f) |
| | 341(a) Meeting Date: 09/25/12 |
| | Claims Bar Date: 10/10/12 |

October 17, 2013, 02:26 pm

Initial Projected Date of Final Report (TFR): 05/31/12     Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____    Date: 06/13/16
        GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1  
Exhibit 9

| Case No: | 12-26901 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0584 Checking Account |
| Taxpayer ID No: | *******5139 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 27,785.58 | | 27,785.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.13 | 27,768.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.69 | 27,750.76 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.11 | 27,733.65 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.67 | 27,715.98 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.20 | 27,674.78 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 23.98 | 27,650.80 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.16 | 27,613.64 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.05 | 27,572.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.67 | 27,532.92 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.93 | 27,491.99 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.56 | 27,452.43 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.82 | 27,411.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.75 | 27,370.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.38 | 27,331.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.63 | 27,290.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.27 | 27,251.58 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.51 | 27,211.07 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.46 | 27,170.61 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.49 | 27,134.12 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 23.92 | 27,110.20 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.34 | 27,069.86 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.96 | 27,030.90 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.19 | 26,990.71 |

FORM 2     Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-26901 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KETCHAM, NANCY D | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0584 Checking Account |
| Taxpayer ID No: | *******5139 | | | |
| For Period Ending: | 06/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.83 | 26,951.88 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.07 | 26,911.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.01 | 26,871.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.66 | 26,833.14 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.89 | 26,793.25 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.55 | 26,754.70 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.77 | 26,714.93 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.72 | 26,675.21 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 15.24 | 26,659.97 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.81 | 26,624.16 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.58 | 26,584.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.25 | 26,546.33 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.47 | 26,506.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.13 | 26,468.73 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.35 | 26,429.38 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.29 | 26,390.09 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.97 | 26,352.12 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.18 | 26,312.94 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.86 | 26,275.08 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.06 | 26,236.02 |
| 04/08/16 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2100-000 | | 1,399.13 | 24,836.89 |
| 04/08/16 | 030005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(1-1) WAL-MART DISCOVER CARD or GEMB | | | 2,419.38 | 22,417.51 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 10)*        Ver: 19.06a

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-26901 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0584 Checking Account |
| Taxpayer ID No: | *******5139 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/16 | 030006 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 2,416.64   7100-900<br>Interest 2.74   7990-000<br>Final Distribution | | 1,065.93 | 21,351.58 |
| 04/08/16 | 030007 | NANCY D KETCHAM<br>1606 ASHLEY COURT<br>DARIEN, IL  60561 | Claim 1,064.72   7100-000<br>Interest 1.21   7990-000<br>Final Distribution<br>Surplus Funds<br>Claim 21,327.38   8200-002<br>Interest 24.20   7990-000 | | 21,351.58 | 0.00 |

| Account *******0584 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 7 | Checks | 26,299.16 |
| 0 | Interest Postings | 0.00 | 40 | Adjustments Out | 1,486.42 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 27,785.58 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 27,785.58 | | | |
| | Total | $ 27,785.58 | | | |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 11)     Ver: 19.06a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-26901 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4438 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5139 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/12 | 8 | Wells Fargo Bank NA<br>PO Box 5110<br>MAC N977-016<br>Sioux Falls, SD 57117 | | 1229-000 | 17,886.83 | | 17,886.83 |
| 07/24/12 | 9 | Wells Fargo Bank NA<br>PO Box 5110<br>MAC N9777-016<br>Sioux Falls, SD 57117 | | 1229-000 | 9,931.55 | | 27,818.38 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 27,818.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,818.64 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 33.06 | 27,785.58 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 27,785.58 | 0.00 |

| Account *******4438 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 27,818.38 | 0 | Checks | 0.00 |
| | 2 | Interest Postings | 0.26 | 1 | Adjustments Out | 33.06 |
| | | | | 1 | Transfers Out | 27,785.58 |
| | | Subtotal | $ 27,818.64 | | | |
| | | | | | Total | $ 27,818.64 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 27,818.64 | | | |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-26901 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KETCHAM, NANCY D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4438 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5139 | | | |
| For Period Ending: | 06/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | |
| 2 | Deposits | 27,818.38 | 7 Checks 26,299.16 |
| 2 | Interest Postings | 0.26 | 41 Adjustments Out 1,519.48 |
| | | | 1 Transfers Out 27,785.58 |
| | Subtotal | $ 27,818.64 | |
| 0 | Adjustments In | 0.00 | Total $ 55,604.22 |
| 1 | Transfers In | 27,785.58 | |
| | Total | $ 55,604.22 | Net Total Balance $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 06/13/16

GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 19.06a